

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS ATCHLEY, | ) Case No. CV 13-9268-MWF (JPR) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE |
| ROBERT W. FOX, Warden, | ) |
| Respondent. | ) |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. On February 17, 2016, Petitioner filed objections to the R&R, in which he mostly simply repeats the arguments in his Petition, including asking the Court to reweigh the evidence presented at trial. His arguments were thoroughly addressed and rejected in the R&R.

Having made a de novo determination of those portions of the R&R to which Petitioner has filed objections, the Court accepts the findings and recommendations of the Magistrate Judge in the R&R as well as in her June 20 and November 19, 2014 orders.

IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 26, 2016

MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE

1