FILED
CLERK, U.S. DISTRICT COURT

APR 2 6 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RUFUS ATCHLEY,

                Petitioner,

       v.

ROBERT W. FOX, Warden,

                Respondent.

) Case No. CV 13-9268-MWF (JPR)
)
)
)
)     **J U D G M E N T**
)
)
)
)
)
)

    Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 26, 2016.

_____
MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE